**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No.

HASSAN YAWER,

    Plaintiff,

v.

CORNERSTONE HOME LENDING, INC.,

    Defendant.

---

## NOTICE OF REMOVAL
---

Pursuant to 28 U.S.C. § 1441, *et seq.*, and D.C.COLO.LCivR 81.1, Defendant Cornerstone Home Lending, Inc. ("Defendant"), hereby removes this action from the District Court, Arapahoe County, Colorado to the United States District Court for the District of Colorado.

### A.    PROCEDURAL BACKGROUND

1. On May 19, 2021, Plaintiff, Hassan Yawer ("Plaintiff"), filed his Complaint in the District Court, Arapahoe County, Colorado. The case is numbered 2021CV000122 (the "State Court Action"). A complete copy of the file from the District Court, Arapahoe County, Colorado is attached to this Notice.

2. In the Complaint, Plaintiff, filing *pro se*, alleges in essence that Defendant violated the Fair Credit Reporting Act ("FCRA")[1], 15 U.S.C. § 1681 et seq., and other state laws and committed defamation.

3. Attached as **Exhibit A** is a true and correct copy of the docket sheet from the State Court Action.

4. Attached as **Exhibit B** is a copy of the Complaint.

5. Attached as **Exhibit C** is the State Court Civil Cover Sheet.

6. Attached as **Exhibit D** is the Summons.

7. Attached as **Exhibit E** is the Return of Service.

8. This Notice is timely filed in accordance with 28 U.S.C. § 1441(b) because it is filed within 30 days of May 21, 2021, the date the Defendant was served with the Summons and Complaint in the State Court Action.

### B.   STATEMENT OF GROUNDS FOR REMOVAL

1. A defendant may remove a state court action to federal district court where the district court has original jurisdiction over the action. 28 U.S.C. § 1441.

2. As shown below, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 because this action arises under the laws of the United States.

3. Plaintiff's Complaint asserts an alleged violation of the FCRA and a claim for negligence.

---

[1] Plaintiff's Complaint, which he filed *pro se*, does not explicitly mention the FCRA. However, Plaintiff has sued for alleged incorrect reporting of the trade line associated with his loan, which tracks the language of 15 U.S.C. § 1681s-2.

4.	The present suit is an action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, as it is a civil action founded on a claim or right arising under the laws of the United States, and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1446(b). Removal is proper because Plaintiff's claims present a federal question. See 28 U.S.C. §§ 1331 and 1441(a).  The FCRA is a federal law codified at 15 U.S.C. § 1681 *et seq*. and provides for a private right of action for violation of 15 U.S.C. § 1681s-2. Moreover, Plaintiff's claims based on state and common law may be adjudicated by this Court pursuant to 28 U.S.C. §§ 1367 and 1441(c).

5.	After filing this Notice of Removal, Defendant will file a copy of this Notice of Removal with the Clerk of the District Court, Arapahoe County, Colorado and will provide notice to Plaintiff, as required by 28 U.S.C. § 1446(d).

6.	After filing this Notice of Removal, Defendant will also file a current docket sheet and will separately file the pleading already filed in this action if any.

Wherefore, Defendant removes the above-caption case from the District Court, Arapahoe County, Colorado to the United States District Court for the District of Colorado.

Dated this 11th day of June, 2021.

                                        Respectfully submitted,

                                        HUSCH BLACKWELL LLP

                                        *s/ Andrew K. Glenn*
                                        Jamie H. Steiner
                                        Andrew K. Glenn
                                        1801 Wewatta Street, Suite 1000
                                        Denver, CO 80202
                                        Tel:   303.749.7200
                                        Fax:   303.749.7272
                                        jamie.steiner@huschblackwell.com
                                        andrew.glenn@huschblackwell.com
                                        ***Attorneys for Defendant***

# CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2021, I electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of the Court using the CM/ECF system and will serve by U.S. Mail and email on the following:

HassanYawer
4512 N. Quemoy Street
Aurora, CO 80019
[Hassanyawer5@gmail.com](mailto:Hassanyawer5@gmail.com)
***Pro-se Plaintiff***

<u>*s/ Aileen P. Thead*</u>
Legal Support Team Specialist