## Register of Actions

| | Filed by Plaintiff/Petitioner | Case Number: | 2021CV000122 | | Division: | 202 |
|---|---|---|---|---|---|---|
| | Filed by Defendant/Respondent | Case Type: | Negligence | | Judicial Officer: | Elizabeth Beebe Volz |
| | Filed by Court | Case Caption: | Yawer, Hassan v. Cornerstone Homelending Inc | | Court Location: | Arapahoe County |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| N/A (Details) | 05/21/2021 12:00 AM | Non-Party | N/A | Non-Party | Return of Service | Return of Service Served on 5-21-21 handing to Patrick Mathis | Public |
| N/A (Details) | 05/19/2021 12:00 AM | Shana Kloek | Arapahoe County | N/A | Summons - Issued | District Court Civil Summons - Issued | Public |
| N/A (Details) | 05/19/2021 12:00 AM | N/A | N/A | Hassan Yawer | Civil Case Cover Sheet | District Court Civil Case Cover Sheet for Initial Pleading of Complaint | Public |
| N/A (Details) | 05/19/2021 12:00 AM | N/A | N/A | Hassan Yawer | Complaint | District Court Complaint - Civil | Public |

## Party Information

| Party Name | Party Type | Party Status | Attorney Name |
|---|---|---|---|
| Cornerstone Homelending Inc | Defendant | Active | N/A |
| Hassan Yawer | Plaintiff | Active | N/A |