Filed
MAY 1 9 2021
CLERK OF THE COMBINED COURT
ARAPAHOE COUNTY, COLORADO

DATE FILED: May 19, 2021
CASE NUMBER: 2021CV122

| | |
|---|---|
| **18TH JUDICIAL, COUNTY COURT, COLORADO**<br>☑ Arapahoe County - 7325 South Potomac St., Centennial, CO 80112 (303) 645-6600<br>☐ Douglas County – 4000 Justice Way, Castle Rock, CO 80109 (720) 437-6200<br>☐ Elbert County – 751 Ute St., Kiowa 80117 (303) 621-2131<br>☐ Lincoln County – 103 Third Ave, Hugo, CO 80821 (719) 743-2455 | ▲ COURT USE ONLY ▲ |
| Plaintiff(s): Yaher, Hassan<br><br>v.<br><br>Defendant(s): Cornerstone Homelending Inc. | |
| My Name: Yaher, Hassan<br>Street Address: 4512 N Quebey St.<br>City: Aurora   State: CO   Zip: 80019<br>Phone: (720) 589-1677<br>Email: hassanyaher5@gmail.com | Case Number: 21CV122<br>Division: 202 |

## DISTRICT COURT COMPLAINT - CIVIL

1. **Jurisdiction**

   I can file this case in ☑ Arapahoe ☐ Douglas County because: (Choose one)

   (Check all that apply)
   - ☐ The Defendant lives in this County
   - ☐ The Defendant company does business in this County
   - ☑ The actions took place in this County

2. **Defendant Information**

   The contact information for the people responding to the lawsuit is:

   *Registered Agent - The person that will accept legal documents for a company.*
   *Find a company's Registered Agent at www.sos.state.co.us*

   ☐ Defendant 1 Name: Cornerstone Homelending Inc.
   ☐ Registered Agent: (if a company): CT Corporation System
   ☐ Street Address: 7700 E. Arapahoe Road. Suite 220
   ☐ City/State/Zip: Centennial CO 80112-1268

   ☐ Defendant 2 Name: _____
   ☐ Registered Agent: (if a company): _____
   ☐ Street Address: _____
   ☐ City/State/Zip: _____

18JD LF R9/20            DISTRICT COURT CIVIL COMPLAINT            Page 1 of 4

☐ Defendant 3 Name: _____

☐ Registered Agent: *(if a company)*: _____

☐ Street Address: _____

☐ City/State/Zip: _____

*List any additional Defendants on a separate piece of paper.*

3. Grounds

   List the legal ground(s) that allow you to start a lawsuit.

   *These are often called the Claims for Relief or Causes of Action.*

   ☐ Claim 1 - neglegance

   Against whom? *(Check one)*
   - ☑ All Defendants

   **OR**
   - ☐ Just These Defendant(s): _____

   ☐ Claim 2 - damaged credit

   Against whom? *(Check one)*
   - ☑ All Defendants

   **OR**
   - ☐ Just These Defendant(s): _____

   ☐ Claim 3 - _____

   Against whom? *(Check one)*
   - ☐ All Defendants

   **OR**
   - ☐ Just These Defendant(s): _____

   ☐ Claim 4 - _____

   Against whom? *(Check one)*
   - ☐ All Defendants

   **OR**
   - ☐ Just These Defendant(s): _____

   *List any additional Claims on a separate piece of paper.*

4. Facts

These are the facts of my case:

*The facts must qualify you for the legal grounds you are raising.*
*Attach additional pages as needed.*

1) Mortage company neglected to inform myself of a delayed automatic set up for mortage payements. For 3 months I was being charged late fees as well as regular payments.

2) Due to payments not being processed, mortage company reported myself delinquent and dropped my credit score one hundred points.

3) Furthermore, after all payements where made and following thirty calender days mortage company determined I am at fault and damaged my credit

4)

5)

6)

7)

8)

9)

10) _____

11) _____

12) _____

5. Request for Relief: What do you want the Court to do?

_____

6. Type of trial: *(Check only one box)*

☑ Court trial to the judge
   **OR**
☐ Jury trial (if applicable, not all civil trials are entitled to jury, extra fee required)

**WARNING: ALL FEES ARE NON-REFUNDABLE. IN SOME CASES, A REQUEST FOR A JURY TRIAL MAY BE DENIED PURSUANT TO LAW EVEN THOUGH A JURY FEE HAS BEEN PAID.**

Note: All Plaintiffs filing this complaint must sign.

_[signature]_
Signature of Plaintiff(s)

4512 N Quemoy St. Aurora, CO 80019
Address(es) of Plaintiff(s)

Telephone Number(s) of Plaintiff(s) (720) 589-1677